**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX   441-1533**

**Attorneys for Plaintiff, TROY JOHNSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY JOHNSON,** | ) Case No. 2:09-CV-02785-WBS-KJM |
| **Plaintiff,** | ) |
| **v.** | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE AND (~~Proposed~~) ORDER** |
| **PAUL LEI and SUE LEI, dba GONG'S RESTAURANT, TOY KING LEONG, individually and as Trustee of the TOY KING LEONG TRUST, and DOES ONE through FIFTY, inclusive,** | ) |
| **Defendants.** | ) |

Plaintiff TROY JOHNSON and Defendant TOY KING LEONG, Trustee of the TOY KING LEONG TRUST, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL                            1                            2:09-CV-02785-WBS-KJM

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: January 12, 2010   /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff, **TROY JOHNSON**

**Lawyers Against Lawsuit Abuse, APC**

Dated: January 12, 2020   /s/ David S. Peters
David W. Peters, Attorney for Defendants
**TOY KING LEONG, Trustee of the TOY KING LEONG TRUST**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>TROY JOHNSON v. PAUL LEI, et al.</u>, Case Number 2:09-CV-02785-WBS-KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: January 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE